UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DANIEL LIPSKY, | ) | |
| | ) | |
| Plaintiff, | ) | **Complaint** |
| v. | ) | |
| | ) | |
| MARTIN J. JACKLEY, in his individual | ) | |
| Capacity as the Attorney General of | ) | |
| The State of South Dakota, and | ) | |
| | ) | |
| THOMAS DENNY SANFORD, and | ) | |
| | ) | |
| SANFORD HEALTH, | ) | |
| A non-profit private corporation | ) | |
| | ) | |
| FIRST PREMIER BANK | ) | |
| A for-profit private corporation | ) | |
| | ) | |
| Federal Judges, LAWRENCE PIERSOL, | ) | |
| CAMILLA THEELER, AND | ) | |
| ERIC SCHULTE | ) | |
| (in their individual capacities) | ) | |
| | ) | |
| | ) | |
| JOHN AND JANE DOE 1-12 | ) | |
| currently unknown possible | ) | |
| Co-defendants | ) | |
| Defendants, | ) | |

## JURISDICTION AND VENUE

1. This Court has jurisdiction over the subject matter of the causes of action in this complaint by virtue of: federal question jurisdiction pursuant to 28 U.S.C. § 1331, involving an action pursuant to 18 U.S.C. § 201, the Federal Racketeer Influenced and Corrupt Organizations Act ("RICO"). This Court has subject-matter jurisdiction over this action pursuant to 28 U.S.C. §1332;

2. This court has personal jurisdiction over the defendants. Martin Jackley and T. Denny Sanford are citizens of the State of South Dakota, both owning property and residing there. Sanford Health transacts business in the states North and South Dakota, and to a lesser extent California. Defendants are amenable to service of process within the meaning of Federal Rule of Civil Procedure Rules 4(e), 4(f), and 18 U.S.C. § 1965(b).

3. Venue is proper in this district because Sanford's South Dakota home is located in Sioux Falls (the eastern district) and Sanford Health maintains its headquarters there.

## THE PARTIES

1. Daniel Lipsky (plaintiff) is a resident of Las Vegas, Nevada

2.  Martin J. Jackley is the current Attorney General of the State of South Dakota, and has previously served as a private attorney for Denny Sanford

3.  T. Denny Sanford is South Dakota's wealthiest citizen, and owner of over a dozen corporations, the most prominent of which are First Premier Bank and Sanford Health.

    Plaintiff maintains that these companies are facades (fronts) for racketeering activities.

4.  Sanford Health is a non-profit corporation headquartered in Sioux Falls South Dakota. It is the largest health care provider in the state of North Dakota and its largest employer. The company has a significant presence in the State of South Dakota and a lesser presence in the state of California.

## GENERAL ALLEGATIONS

This complaint alleges a massive racketeering bribery conspiracy involving the named defendants. Specifically, the payoff of several federal judges, and a sitting South Dakota Senator.

Judge Lawrence Piersol according to his financial filings, has amassed a net worth beginning at around $2 million dollars in the year 2009 to over $12 million dollars in 2019. As an aside I should mention that all judges are required by South Dakota Codified Law to fill out financial disclosures on their holdings and net worth, but no one has apparently bothered to look at them. The $12 million Piersol has as of 2019 is far beyond the net worth of any other Judge in South Dakota, and far beyond his salary.

Piersol's personal fortune began to rise at a rate of $1million per year (after tax) at the same time his wife Catherine V. Piersol began to sit on the board of several corporations financed by Denny Sanford- The Children's Home Society of South Dakota. The society's main donor is – *Sanford Health*. Sanford Health began donating to the Children's Home Society of South Dakota in 1998 first giving 2 million dollars and then donating another 55 million dollars in 2019. The South Dakota Hall of Fame – Piersol's wife began to sit on the board of this company around 2008. (the same year that Piersol was nominated to the hall of fame) This organization is fully funded by First Premier Bank, Denny Sanford's main business unit. Piersol's wife also sits on the board of the Great Plains Zoo (located in Sioux Falls, SD) this zoo was the recipient of a $25 million dollar gift from Denny Sanford personally. The plaintiff in this complaint alleges that Catherine V. Piersol's salary as a board member for Sanford's companies are indirect payoffs to

her husband Federal Judge Lawrence Piersol to fix court cases on behalf of his wide ranging business interests. There appears to be another federal judge Camela Theeler whose husband just happens to be a top executive for First Premier Bank.

Now even if Sanford's companies weren't making indirect payments to judges they would still be bound by ethical rules concerning conflicts of interest. Both Piersol and Theeler according to bar association rules would be required to recuse themselves from any cases that involve Sanford's business interests. This includes

any case involving insurance companies. This includes civil rights cases and medical malpractice. Not only does Piersol continue to sit on civil rights cases he eviscerates every one of these cases he sits on. He routinely allows the defense in these cases to hide discovery, he ignores plaintiff motions and purposefully stalls cases. In the years 2009-2019 when Piersols net worth grew by $10 million dollars Denny Sanford's personal net worth grew from $2 billion dollars to $3 billion dollars, so it does seem he got his moneys worth. Theeler has recently been appointed as a federal judge, I presume she too will have a net worth of over $10 million in ten years just like Piersol does. It should be mentioned here that a certain sitting South Dakota senator who suggested Theeler's appointment as a federal judge just happens to have a spouse that works for an affiliate of – *Sanford Health*. Admittedly Sanford Health and First Premier Bank are large companies, but I think we are well beyond the possibility of mere coincidence at this point. It should be

clear at this point that Judges Piersol and Theeler are on Denny Sanford's payroll,

they are his agents, and anyone having an adverse interest to Sanford or his

octopus of racketeering companies will find themselves in a completely lost

position. I should mention here that the certain senator responsible for Theeler's

appointment as a federal judge got his job because Marty Jackley forced the

resignation of the previous senator. I quote from kotatv.com

## Former South Dakota Senator resigns after AG press conference

RAPID CITY, S.D. (KOTA) -State Senator Jessica Castleberry and South Dakota Attorney General Marty Jackley have come to an agreement for Castleberry to return COVID funds that were wrongly allocated to a business she owns.
Governor Kristy Noem asked the Attorney General's Office to review the $603,229 received by Senator Jessica Castleberry and her business, Little Nest Preschool, to help with daycare related expenses during the COVID epidemic.
The investigation discovered that Castleberry used $499,129 of those funds, which Jackley says is a violation of Article 3 of the South Dakota Constitution, which prohibits state legislators from having any involvement in contracts with the state or counties during their terms. It was determined that $104,100 was given to qualified families who were in need of economic help. That amount does not need to be reimbursed.
An agreement has been made for Castleberry to repay the funds with interest at the federal rate.
"And so it's a balance, again, that balance was achieved with the $104,100 because those were a flow through they went straight to needy parents to qualified under the rules. But with respect to the other funds, those would have been in my opinion, in direct violation of the state constitution. When there is a violation of the Constitution, it voids a contract. It's not a criminal matter," said South Dakota Attorney General Marty Jackley.
After Castleberry's resignation, she said via email:
"I'm humbled to be appointed and honored to be elected. Thank you for the opportunity to serve the people of the state of South Dakota," said Former Senator Jessica Castleberry.
*Copyright 2023 KOTA. All rights reserved.*

Superficially this might seem like a good thing. Forcing the resignation of a

state senator that has misused federal funds, but if there is one thing I know about

Marty Jackley is that he *never* prosecutes political corruption unless it advances his

own personal interests. The true purpose of all this appears to be to vacate a senatorial seat for one of his political cronies. A current state senator who is on Sanford's payroll just like he is. This complaint alleges Marty Jackley is the manager for Sanford and his companies racketeering activities in the state of South Dakota.

## MARTY JACKLEY AS DENNY SANFORD'S ATTORNEY – PERJURY AND OBSTRUCTION OF JUSTICE

In 2020 Denny Sanford came under investigation for having images of child pornography on several of his home computers. Marty Jackley, the current Attorney General for the state of South Dakota was one of his defense attorneys. This was when he was in private practice with Gunderson, Nelson, Palmer, and Ashmore. The same firm defending against my civil rights lawsuit Lipsky v. Cronin et al. (GNPA seems to specialize in defending against civil rights lawsuits almost all of which are in front of Judge Piersol).

One of Jackley's affidavits stated that Sanford's computers and e-mails had been hacked. Now most hackers are concerned with stealing accounts, login info, credit card information, and installing viruses or ransomware or creating botnets, so I find this defense to be highly implausible, that someone would hack Sanford's computers simply to upload CP. It is however an almost certainty that Jackley used his connections with the Attorney General's office to stymie an investigation into Sanford's computer system. Even having them cut off an external FBI investigation.

Some of the since released documents from the criminal investigation which both Denny Sanford and his attorney Marty Jackley attempted to block described

36 images of nude girls whose approximate ages ranged from around 12 to 14. The metadata on some of those images indicated a gps location of a home in La Jolla California owned by Sanford from 2008 – 2022 according to a DCI report.

One of the big secrets to Jackley's re-election for Attorney General of South Dakota is who was his main campaign financer? Public listings for his donors include all the names except for his top contributor. Someone or entity that gave him just over a million dollars for his campaign. Jackley has gone through great pains to hide this information, but the contributor appears to be – *Sanford Health.* This explains why Jackley went through so much trouble hiding this fact since it's a massive conflict of interest. I'm sure it violates a host of voting and statutory regulations as well.

Although the plaintiff in this case is the first person to make these specific allegations; Sanford Health has been sued a number of times for racketeering activities. In North Dakota where Sanford Health is the state's largest healthcare provider (and its largest employer) Sanford Health has been sued for the illegal dumping of human remains at medical waste disposal facilities. In one bizarre case Sanford employees tried to deliver an unlabeled rotting human torso to a disposal site, when they were refused they were later seen on security camera breaking into the facility and causing damage to property.  I quote from an article on arstechnica.com

A medical waste disposal company operating in Fargo, North Dakota, has filed a scathing lawsuit against health care system Sanford Health. The lawsuit claims—among many things—that Sanford employees tried to surreptitiously unload a rotting human torso hidden in a plastic container at the facility, faking a signature accepting the delivery in the process. The facility, by law, is not authorized to handle human remains.

The torso incident was among a string of alleged brazen acts and "egregious conduct" by Sanford employees. The disposal company—Monarch Waste Technologies (MWT)—accuses Sanford employees of repeatedly and knowingly mishandling, mislabeling, and improperly delivering medical waste to its treatment facility in their short-lived relationship. That includes failing to sort medical waste, hiding hazardous waste bags in other, non-hazardous waste containers, and delivering waste in improper containers that could leak.

The two companies had signed two 10-year contracts in September 2020, a lease agreement for the treatment facility and a waste disposal agreement. Two years prior to that, Sanford's own medical waste incinerator was shut down after failing emissions standards. It had also allegedly raised complaints among residents, who accused Sanford of allowing medical waste, such as glass vials of blood, to be strewn around the incineration facility, sometimes ending up on residents' property.

MWT initially helped Sanford ship medical waste to an MWT facility in New Mexico. But then the two went in together on a dedicated waste treatment facility in Fargo, for which MWT took out a $6 million loan that Sanford was required to make payments on.

The situation allegedly went badly from the start, with Sanford immediately failing to follow the waste disposal rules. And, after two years of repeated problems, things apparently went from negligent to nefarious. In late February of 2023, MWT claims a Sanford employee broke into its facility, threw waste around on the floor, and took pictures, which might suggest that MWT was out of compliance and breaking their contract. The Sanford employee then returned the waste to the proper containers before leaving. The whole staged photo shoot and subsequent cleanup was caught on the MWT's surveillance cameras.

Interestingly, I did contact the Fargo based attorney that handled these lawsuits. He was just as perplexed at this behavior as I am.

Sanford Health has also been found guilty of defrauding the U.S. government in a kickback scheme, but unfortunately no one went to jail over that. I quote from the U.S. Attorney's website

## Sanford Health Entities to Pay $20.25 Million to Settle False Claims Act Allegations Regarding Kickbacks and Unnecessary Spinal Surgeries

The Department of Justice announced today that hospital entities Sanford Health, Sanford Medical Center, and Sanford Clinic (collectively, Sanford), of Sioux Falls, South Dakota, have agreed to pay $20.25 million to resolve False Claims Act allegations that they knowingly submitted false claims to federal healthcare programs resulting from violations of the Anti-Kickback Statute and medically unnecessary spinal surgeries.  The Anti-Kickback Statute prohibits offering, paying, soliciting, or receiving remuneration to induce referrals of items or services covered by Medicare, Medicaid, and other federally-funded programs.

"Kickbacks can compromise a physician's medical judgment, result in unnecessary procedures, and increase healthcare costs for everyone," said Assistant Attorney General Jody Hunt of the Department of Justice's Civil Division. "We will continue to hold healthcare providers accountable when they violate the rules intended to safeguard the integrity of federal healthcare programs and the welfare of their beneficiaries."

The settlement announced today resolves allegations that Sanford knew that one of its top neurosurgeons was improperly receiving kickbacks from his use of implantable devices distributed by his physician-owned distributorship (POD).  Sanford allegedly received warnings from the neurosurgeon's physician

colleagues and others about the alleged kickback scheme and was aware of the heightened compliance risks associated with PODs. In addition, the neurosurgeon's colleagues and others repeatedly warned Sanford that the neurosurgeon was performing medically unnecessary procedures involving the devices in which he had a substantial financial interest. The United States alleged that, despite these repeated warnings, Sanford continued to employ the neurosurgeon, continued to allow him to profit from the devices he used in surgeries performed at Sanford, and continued to submit claims to federal healthcare programs for these surgeries, including procedures that were medically unnecessary.

"Kickback schemes and other improper financial incentives create inherent conflicts of interest and warp the medical decision-making process," said U.S. Attorney Ron Parsons for the District of South Dakota. "This office will continue to aggressively pursue anyone who colludes to violate federal law and compromise the integrity of our healthcare system."

Contemporaneous with the civil settlement, Sanford entered into a Corporate Integrity Agreement (CIA) with the Department of Health and Human Services Office of Inspector General. The CIA requires, among other things, that Sanford maintain a compliance program, implement a risk assessment program, and hire an Independent Review Organization to review Medicare and Medicaid claims at Sanford Medical Center. It also increases individual accountability by requiring compliance-related certifications from Sanford Medical Center's board of directors and key executives.

"More than six years ago the Department of Health and Human Services Office of the Inspector General warned in a fraud alert that PODs were inherently suspect under the Anti-Kickback Statute. Unfortunately, these distributors remain questionable," said Curt L. Muller, Special Agent in Charge, Office of Inspector General at the U.S. Department of Health and Human Services (HHS-OIG). "Patients in government healthcare programs rightly expect that surgeries are medically indicated, not performed to increase provider profits."

The settlement resolves allegations originally brought in a lawsuit filed by Drs. Carl Dustin Bechtold and Bryan Wellman, surgeons at Sanford, under the whistleblower, or *qui tam*, provision of the False Claims Act, which allows private parties to bring suit on behalf of the government and to share in any recovery. The whistleblowers will receive $3.4 million of the settlement proceeds.

The settlement was the result of an investigation by the Department of Justice's Civil Division, the U.S. Attorney's Office for the District of South Dakota, and HHS-OIG. As part of the settlement, Sanford has agreed to cooperate with the Department of Justice in litigation related to alleged co-defendants, and the hospital system has taken various remedial steps, including terminating the employment of the neurosurgeon in question and prohibiting all Sanford physicians from profiting from their use of medical devices at Sanford.

The lawsuit is captioned *United States ex rel. Bechtold, et al. v. Asfora, et al.*, No. 4:16-cv-04115-LLP (D.S.D.). The claims resolved by the settlement are allegations only, and there has been no determination of liability.

Updated October 28, 2019

## Plaintiff's Standing in Case

In 2020 the plaintiff of this lawsuit filed a civil action (Lipsky v. Cronin) against the township of Hot Springs, SD, and several of its police officers. Then Hot Springs police chief Michael Close and his uncle Robert Evans Fall River County Sheriff ran their departments as a corrupt enterprise. Frequently they would make false arrests, falsify arrest reports, steal money and items from suspects, and

harass and intimidate residents of their county (and many unlucky enough to simply be driving through) This case was assigned to Judge Piersol. From the very beginning there were signs of heavy manipulation of the case. Piersol would purposefully stall the case, ignore motions, and allow the defendants to hide discovery materials. Actually, to this day (five years later), I still have not received discovery in this case, and it has been dismissed by Piersol. He has denied a motion to compel discovery without even bothering to give a reason. Going back through PACER and reading through his cases there is a steady pattern of this manipulation throughout all Piersol's cases that involve insurance (going back at least 15 years). When a city or township gets sued for civil rights violations it isn't the cops that pay it is the insurance company. It is the belief of this plaintiff that Judge Piersol went on Denny Sanford's payroll around 2009 when his wife began to sit on the boards of several of his corporations, and that her salary is indirect

payments (bribe money) to fix cases on his behalf. Piersol has literally eviscerated any case he has sat on where an insurance company is on the defending side. This is not the first time I am making this allegation. I have made these statements in Lipsky v. Piersol. Piersol does not specifically deny these allegations or even address them, and his response reads almost like a tacit admission. This case was dismissed by Judge Camela Theeler, a Judge who *coincidentally* has a spouse that works as a high executive for First Premier Bank: Denny Sanford's main business unit. As mentioned previously Camela Theeler's appointment as a federal judge was suggested by a certain sitting South Dakota Senator whose wife works for an affiliate of Sanford Health. So already we have albeit circumstantial evidence that the Judicial and legislative systems of South Dakota are being manipulated by powerful private interests. In an interview with a Kentucky State University Piersol mentions that his granddaughter once worked for him as a court clerk. (it is a judicial ethical violation for a judge to have a close relative or friend working as a clerk) It is also a belief of this plaintiff that Piersol has been manipulating the clerk's office as well, having the stronger cases assigned to himself and siphoning off the weaker cases to the honest judges not on Sanford's payroll (specifically Roberto Lange and Charles Kornmann). It is the belief of this Plaintiff that anyone suffering this case manipulation at the hands of either Piersol or Theeler has the same standing for a Rico lawsuit.

## MARTY JACKLEY – MORE OBSTRUCTION OF JUSTICE AND HIDING OF EVIDENCE

Some of the key pieces of evidence needed by the plaintiff in Lipsky v. Cronin were the body camera footage of Nate Cronin's arrests and his personnel file. On information and belief, the South Dakota Division of Criminal investigations (western department) did an inspection/raid of both the Hot Springs Police Department and the Fall River County Sheriff's Department in 2022. On information and belief a large amount of body camera footage and files were seized for inspection (copies). The result of this action was that five members of law enforcement (half the counties police force) resigned on the same day – Hot Springs Police Chief Michael Close, Hot Springs police officers Austin Chaffin and Geoff Benway and two Fall River County deputies (Officer Nate Cronin had resigned earlier). And yet Attorney General Marty Jackley and DCI continue to ignore plaintiff's subpoenas maintaining that they have NO FILES or evidence pertaining to HSPD. They even lied to the court and refused to tun these files over or even perform a follow-up investigation. This has continued for three years! On information and belief Marty Jackley has political ambitions to become governor of South Dakota (and possibly president of the United States). Turning over this

evidence – (in his mind) would essentially be admitting that a police department in his jurisdiction has run amok for over two decades, being involved in crime and corruption, and he did absolutely nothing about it. Jackley has continued to meddle and disrupt plaintiff's case throughout (Lipsky v. Cronin) first by offering a job to an assistant U.S. attorney to switch to the Attorney General's office (a bribe) to defend against my Subpoena request. She quit and went back to the U.S. attorney's office after the subpoena hearing was over. He has also posted irrelevant and asinine notices in that case which I can only interpret as signals to Piersol to hamper the case.

## COUNT I

### Against all defendants for Racketeer Influenced and Corrupt Organizations Act 18 U.S.C. § 201

1. That the defendants are involved in running a massive bribery scheme involving judges and politicians for their own political and financial benefit.

2. Sanford Health is a privately held company with no shareholders and does not hold shareholder meetings. Sanford Health is a front for

racketeering activities and the corporate veil should be pierced by allowing its main controller Denny Sanford and possibly its main directors to be held personally accountable.

## COUNT II

**Against defendant Marty Jackley for failure to investigate and failure to intervene under 42 U.S. Code § 1983**

1. That Attorney General Marty Jackley did willfully refuse to investigate police corruption within Fall River County

2. Jackley did lie to the court about evidence in his possession and allowed dozens if not hundreds of innocent people to be arrested on bogus charges during his term as AG.

3. On information and belief instructed lead DCI investigator Guy DiBenedetto to stand down and not investigate plaintiff's notarized complaint to DCI.  (see Lipsky v. Cronin attached exhibits notarized complaint to DCI and 2 pdfs from LEOSTC)

# PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief as follows:

1. For an Order enjoining Defendant, its officers, agents, employees, and those acting in concert or conspiracy with them, temporarily during the pendency of this action and permanently thereafter from and further violation of 18 U.S.C. § 201 *et seq.*;

2. For compensatory damages according to proof;

3. For an award of treble damages pursuant to 18 U.S.C. § 201

4. For punitive and exemplary damages

5. For an award of costs of suit;

6. For an award of pre-judgment interest and post-judgment interest in the maximum amount permitted by law;

7. For such other and further relief as the Court deems just and proper.

Respectfully submitted:                    **Pro Se Litigant**

July 4, 2025                               Daniel Lipsky

7260 W. Azure Dr. 140-223

Las Vegas, NV 89130

(646)465-2243

Dapperdann46@gmail.com

JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff _Clark County, NV_
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _Hughes_
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
_pro se litigant_

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 840 Trademark | ☐ 460 Deportation |
| | | | | ☒ 470 Racketeer Influenced and Corrupt Organizations |
| | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| | | | | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from Another District *(specify)*
- ☐ 6  Multidistrict Litigation - Transfer
- ☐ 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
_18 U.S.C. sec 201 and 42 U.S.C sec 1983_

Brief description of cause:
_Bribery of State officials (Give and recieve)_

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:

**JURY DEMAND:**    ☐ Yes    ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____    DOCKET NUMBER _____

DATE _July 4, 2025_

SIGNATURE OF ATTORNEY OF RECORD
_pro se litigant_    _[signature]_

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

JS 44 Reverse (Rev. 08/18)

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

   **(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

   **(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

Lipsky, D.
7260 W. Azure dr Ste 140-223
Lv, NV 89130

CERTIFIED MAIL

9589 0710 5270 3263 6848 16



$6.71
US POSTAGE
FIRST-CLASS IMI
063S13306496
89130
000039426

400 South Philips
Office of the Clerk Rm. 128
Sioux Falls, SD 57104



X-RAYED BY
SOUTH DAKOTA
CSO

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE