UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| DANIEL LIPSKY,<br><br>      Plaintiff,<br><br><br>     vs.<br><br>THOMAS DENNY SANFORD, SANFORD HEALTH, FIRST PREMIER BANK, JUDGE LAWRENCE PIERSOL, JUDGE CAMILLA THEELER, JUDGE ERIC SCHULTE, and JOHN AND JANE DOE 1-12,<br><br>     Defendants. | 4:25-CV-04121-KES<br><br><br><br>ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE |

Plaintiff, Daniel Lipsky, filed a notice of withdrawal in this matter. Docket 3. The Federal Rules of Civil Procedure allow a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). The court construes Lipsky's motion to withdraw as a motion to voluntarily dismiss as prescribed under Rule 41(a)(1)(A)(i). Here, no defendant has served an answer or filed a motion for summary judgment. Thus, it is

ORDERED that the above-entitled action is dismissed without prejudice and the parties shall bear their own costs, expenses, and attorney's fees.

DATED September 8, 2025.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE