UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| DANIEL LIPSKY, | 4:25-CV-04121-KES |
| Petitioner, | |
| vs. | JUDGMENT |
| THOMAS DENNY SANFORD, SANFORD HEALTH, FIRST PREMIER BANK, JUDGE LAWRENCE PIERSOL, JUDGE CAMELA THEELER JUDGE ERIC SCHULTE, and JOHN AND JANE DOE 1-12, | |
| Respondent. | |

Pursuant to this court's Order Dismissing Case (Docket 4), it is

ORDERED, ADJUDGED, and DECREED that this matter, is dismissed

without prejudice.

Dated September 12, 2025.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE